IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| HERBERT LUTZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAFEWAY, INC., a non-governmental corporation, and DOES 1-5,<br><br>　　　　　Defendant. | No. 2:21-cv-01255<br><br>NOTICE OF REMOVAL TO FEDERAL COURT |

Please take notice that Defendant Safeway Inc. hereby removes to the United States District Court for the Western District of Washington the action described below. On August 26, 2021, Defendant Safeway Inc. was served with a summons **(Attachment 1)** and complaint (**Attachment 2**) in an action entitled *Herbert Lutz v. Safeway, Inc.*, King County Superior Court No. 221-2-11279-6 SEA. The first date upon which Safeway Inc. received a copy of this complaint was August 26, 2021.

Safeway Inc. is aware that Plaintiff is claiming more than $75,000.00 in this matter. There is complete diversity because the Plaintiff is a citizen of the State of Washington

NOTICE OF REMOVAL TO
FEDERAL COURT - 1
R:\6938\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

and Defendant Safeway Inc. is a corporation organized under the laws to the State of Delaware with its principle place of business in the State of California.

This court has original jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because it is between citizens of different states and the amount in controversy exceeds $75,000. This claim is removable to federal court by the defendant pursuant to 28 U.S.C. §1441 based on diversity jurisdiction.

## INTRADISTRICT ASSIGNMENT

The case is currently pending in King County so LCR 3(e) indicates it will be initially assigned to a Seattle Judge.

A civil case cover sheet is attached as **Attachment 3**.

Dated: September 15, 2021.

                    TURNER KUGLER LAW, PLLC

                    By:     s/ John T. Kugler
                          John T. Kugler, WSBA # 19960
                          Attorney for Defendant Safeway Inc.

NOTICE OF REMOVAL TO
FEDERAL COURT - 2
R:\6938\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Attorney for Plaintiff</u>:
John J. Polito
Law Offices of John J. Polito
9 Lake Bellevue Dr., Ste. 200
Bellevue, WA 98005
john@politolawoffices.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    *s/ John T. Kugler*
JOHN T. KUGLER, WSB #19960
Attorney for Defendant KCHA
TURNER KUGLER LAW, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
Telephone: (206) 659-0679
E-mail: john@turnerkuglerlaw.com

NOTICE OF REMOVAL TO
FEDERAL COURT - 3
R:\6938\PLEADINGS\notice.removal.fed.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679