THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERBERT LUTZ, | CASE NO. C21-1255-JCC-MLP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 16.) That rule allows a plaintiff to unilaterally dismiss a case without prejudice if the defendant has not yet served an answer or a motion for summary judgment. But here, Defendant has already filed an answer. (Dkt. No. 4.)

Under such circumstances, Plaintiff's motion is properly treated as one seeking dismissal under Rule 41(a)(2), which—unlike dismissal under Rule 41(a)(1)—requires a court order. A court will grant such a motion unless a defendant shows that it will suffer legal prejudice from the dismissal. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2001). "'[L]egal prejudice' means 'prejudice to some legal interest, some legal claim, some legal argument.'" *Id.* at 976 (*quoting Westlands Water Dist. v. United States*, 100 F.3d 94, 96 (9th Cir. 1996)).

MINUTE ORDER
C21-1255-JCC-MLP
PAGE - 1

1        Accordingly it is hereby ORDERED that: (1) Plaintiff's motion for voluntary dismissal is RE-NOTED to July 8, 2022; (2) no later than July 1, 2022, Defendant must file a notice stating whether or not it opposes Plaintiff's motion for voluntary dismissal; and (3) if defendant opposes the motion, it must file its opposition by July 6, 2022.

       DATED this 29th day of June 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk

MINUTE ORDER  
C21-1255-JCC-MLP  
PAGE - 2