THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HERBERT LUTZ, | CASE NO. C21-1255-JCC-MLP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on Defendant's notice that it does not oppose Plaintiff's motion for dismissal (Dkt. No. 18), the Court GRANTS Plaintiff's motion (Dkt. No. 16) and hereby DISMISSES the case in its entirety, without prejudice. The Clerk is directed to CLOSE this case.

DATED this 30th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1255-JCC-MLP
PAGE - 1